FILED
2022 Oct-11  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KARL W. HARBIN, M.D., )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>PRINCIPAL LIFE INSURANCE )<br>COMPANY, )<br>    )<br>    Defendants. ) | 7:21-cv-1280-LSC |

## ORDER

The parties have reported to the Court that they have reached a settlement agreement. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON OCTOBER 11, 2022.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
211854